# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS CARGO, INC.,

Appellant,

vs.

JOHN ARMSTRONG,

Respondent.

No. 79456

**FILED**

JUN 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties,[1] and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.
Pickering

cc: Hon. William D. Kephart, District Judge
William C. Turner, Settlement Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Hicks & Brasier, PLLC
Nettles Morris
Eighth District Court Clerk

---

[1]The motion for an extension of time filed on May 26, 2020, is granted. The stipulation to dismiss was filed on June 2, 2020.

20-21434